IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CEDRIC GILLETTE,

    Plaintiff,

vs.                          CASE NO. 5:07cv10/RS-MD

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 27) and Plaintiff's Objections to Magistrate Judge's Report and Recommendation (Doc. 28). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The decision of the Commissioner of Social Security is affirmed.

3. This case is dismissed.

4. The clerk is directed to close the file.

ORDERED on November 16, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**